# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| West Palm Beach Police Pension Fund, | No. CV-23-01887-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Leslie's Incorporated, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation (Doc. 7) and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Defendants are not required to move, answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

2. Within 21 days of the entry of an order appointing a lead Plaintiff and lead counsel, lead counsel and counsel for the Defendants shall meet and confer and jointly submit a proposed schedule for the filing of a consolidated complaint, Defendant's response thereto, and all associated briefing.

Dated this 5th day of October, 2023.

Honorable Susan M. Brnovich
United States District Judge