David W. Hall
dhall@hedinhall.com
Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, FLorida  33131
Telephone: (305) 357-2107

*Counsel for Wayne County Employees' Retirement System*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LESLIE'S, INC.; MICHAEL R. EGECK; and STEVEN M. WEDDELL,<br><br>    Defendants. | Case No.  2:23-cv-01887-SMB<br><br>**DECLARATION OF DAVID W. HALL IN SUPPORT OF MOTION FOR APPOINTMENT OF WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM AS LEAD PLAINTIFF AND ITS COUNSEL AS LEAD COUNSEL**<br><br>**Hon. Susan M. Brnovich**<br><br><u>**CLASS ACTION**</u> |

I, David W. Hall, declare as follows:

1.    I am an attorney licensed to practice in the State of California and a partner of the law firm Hedin Hall LLP.  I make this declaration based on personal knowledge and in support of Wayne County ERS's Motion for Appointment as Lead Plaintiff and Approval of Selection of the Miller Law Firm, P.C. and Hedin Hall LLP as Lead Counsel.  If called upon to do so, I could and would testify competently to pertinent facts set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the Notice of Pendency of this action, published on September 8, 2023 and notifying investors of the November 7, 2023 deadline to seek appointment as Lead Plaintiff.

3. Attached hereto as Exhibit B is the signed certification required by the Private Securities Litigation Reform Act of 1995 for Wayne County, accompanied by tables on Schedule A showing Wayne County's pertinent class period transactions in Leslie's Inc. stock.

4. Attached hereto as Exhibit C is a true and correct copy of the Miller Law Firm's firm resume.

5. Attached hereto as Exhibit D is a true and correct copy of Hedin Hall's firm resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2023, in Piedmont, California.

By:   /s/ David W. Hall
        David W. Hall

## **CERTIFICATE OF SERVICE**

I, Frank S. Hedin, hereby certify that on November 7, 2023, I electronically filed the foregoing document using the Court's CM/ECF docketing system, which provides service to all counsel of record electronically.

By:     /s/ Frank S. Hedin
                   Frank S. Hedin