## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Gerard J. Grysko, as Deputy Director of the Wayne County Employees' Retirement System (the "Retirement System"), with authority to bind the Retirement System and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Leslie's, Inc., Michael R. Egeck and Steven M. Weddell (hereinafter collectively referred to as "Leslie's" or the "Company") and authorize the filing of a motion on behalf of the Retirement System for appointment as lead plaintiff.

3.    The Retirement System did not purchase or acquire Leslie's securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    The Retirement System is willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired Leslie's securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of the Retirement System's transactions in the Leslie's securities that are the subject of this litigation during the Class Period.

6.    During the three-year period preceding the date on which this Certification is signed, the Retirement System has sought to serve as a representative party on behalf of a class under the federal securities laws, and was appointed, in the following actions:

- *Genesee County Employees' Retirement System v. FirstCash Holdings, Inc.*, 4:22cv-00033 (N.D. Tex.);

1

- *In re AstraZeneca plc Securities Litigation*, 1:21-cv-00722 (S.D.N.Y.);

- *San Antonio Fire and Police Pension Fund v Dentsply Sirona, Inc.*, No. 1:22-cv-06339 (S.D.N.Y.);

- *Ciarciello v Bioventus, Inc.*, No. 1:23-cv-00032 (M.D.N.C.); and

- *In Sotera Health Company Sec. Lit.*, No. 1:23-cv-00143 (N.D. Ohio)

7. During the three-year period preceding the date on which this Certification is signed, the Retirement System has sought to serve as a representative party on behalf of a class under the federal securities laws, and was not appointed, or its motion remains pending, in the following actions:

- *United Association of Plumbers and Pipefitters, Journeymen, Local #38 Defined Benefit Pension Plan vs. Syneos Health, Inc., et. al.*, No. 1:23-cv-06548 (S.D.N.Y.);

- *Schaeffer v Signature Bank*, No. 1:23-cv-01921 (E.D.N.Y.);

- *City of Warwick Retirement System v. Catalent, Inc.*, No. 3:23-cv-01108 (D.N.J.);

- *Collinsville Police Pension Board v Discovery, Inc.*, No. 1:22-cv-08171 (S.D.N.Y.);

- *In re Paypal Holdings Inc. Securities Litigation*, No. 3:22-cv-05864 (D.N.J.);

- *Ohio Public Employees Retirement System et al. v. Discovery, Inc.*, No. 1:22-cv-08171;

- *City of Miami General Employees' & Sanitation Employees' Trust v. Casey, Jr.*, No. 2:22-cv-02371 (S.D. Ohio);

- *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, No. 1:22-cv-06339 (S.D.N.Y.);

- *City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*, No. 0:21cv-62380 (S.D. Fla.);

2

- *Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc.*, No. 1:20-cv-05635 (S.D.N.Y.); and

- *Union Asset Management Holding AG v. Fluor Corporation*, No. 3:20-cv-00518 (N.D. Tex.).

8.      The Retirement System agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed  11-07-2023
          **(Date)**

_____
**Gerard J. Grysko**
**Deputy Director**
**Wayne County Employees' Retirement System**

Schedule A to Certification of Wayne County
Employees' Retirement System

Leslie's, Inc.

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Date | # Shares | Price/Share | | Date | # of Shares | Price/Share |
| 2/4/2022 | 29,075 | $ 19.27 | | 3/13/2023 | 17,390 | $ 11.84 |
| 2/7/2022 | 18,965 | $ 19.45 | | | | |
| 5/5/2022 | 14,715 | $ 19.28 | | | | |
| 6/16/2022 | 24,385 | $ 13.98 | | | | |