**KELLER ROHRBACK L.L.P.**
Gary A. Gotto, No. 007401
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggotto@kellerrohrback.com

*Local Counsel for the South Florida Funds*

*[Additional counsel listed on signature page]*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| West Palm Beach Police Pension Fund, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>Leslie's, Inc., Michael R. Egeck, and Steven M. Weddell,<br>                    Defendants. | No. 2:23-cv-01887-SMB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GARY A. GOTTO IN SUPPORT OF THE MOTION OF THE SOUTH FLORIDA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Honorable Susan M. Brnovich |

DECL. OF GARY A. GOTTO ISO THE MOTION OF THE SOUTH FLORIDA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF COUNSEL CASE NO. 2:23-CV-01887-SMB

I, Gary A. Gotto, declare on this 7th day of November 2023:

1.      I am an attorney duly licensed to practice before the courts of the State of Arizona and this Court.  I am a partner of Keller Rohrback L.L.P. ("Keller Rohrback"), Local Counsel for proposed Lead Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO") and West Palm Beach Police Pension Fund ("WPB Police" and together with Miami FIPO, the "South Florida Funds") and proposed Local Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Motion of the South Florida Funds for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A is a true and correct copy of the South Florida Funds' Certifications.

3.      Attached as Exhibit B is a true and correct copy of a chart reflecting the South Florida Funds' transactions and estimated losses.

4.      Attached as Exhibit C is a true and correct copy of the Joint Declaration of the South Florida Funds in Support of Their Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

5.      Attached as Exhibit D is a true and correct copy of the notice of pendency of class action published on *GlobeNewswire* on September 8, 2023.

6.      Attached as Exhibit E is a true and correct copy of the firm resume of proposed Lead Counsel, Saxena White P.A.; and

7.      Attached as Exhibit F is a true and correct copy of the firm resume of proposed Local Counsel, Keller Rohrback.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2023                              Respectfully submitted,

By: */s/ Gary A. Gotto*

1

DECL. OF GARY A. GOTTO ISO THE MOTION OF THE SOUTH FLORIDA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF COUNSEL
CASE NO. 2:23-CV-01887-SMB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Gary A. Gotto*
Gary A. Gotto

DECL. OF GARY A. GOTTO ISO THE MOTION OF THE SOUTH FLORIDA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF COUNSEL
CASE NO. 2:23-CV-01887-SMB