EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Ornel N. Cotera, on behalf of City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed a complaint filed against Leslie's Incorporated ("Leslie's") alleging violations of the federal securities laws. I am authorized in my capacity as Chair to initiate litigation and to execute this Certification on behalf of Miami FIPO. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on behalf of Miami FIPO.

2.  Miami FIPO did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.  Miami FIPO is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Miami FIPO's transactions in Leslie's common stock during the Class Period are set forth in the attached Schedule A.

5.  Miami FIPO has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None.*

6.  Miami FIPO has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *City of Miami Fire Fighters' & Police Officers' Ret. Trust v. Okta, Inc.*, No. 3:22-cv-02990 (N.D. Cal.);

    *City of Miami Fire Fighters' & Police Officers' Ret. Trust v. Cerence Inc.*, No. 1:22-cv-10321 (D. Mass.); and

    *Siegel v. The Boston Beer Co., Inc.*, No. 1:21-cv-07693 (S.D.N.Y.).

1

7. Miami FIPO has served as a representative party, but not as a lead plaintiff, on behalf of a class in the following action filed under the federal securities laws during the three-year period preceding the date of this Certification:

*Oakland County Voluntary Employees Beneficiary Assoc. v. Generac Holdings Inc.*, No. 2:22-cv-01436 (E.D. Wis.) (named plaintiff).

8. Miami FIPO will not accept any payment for serving as a representative party on behalf of the Class beyond Miami FIPO's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6th__ day of October, 2023.

*City of Miami Fire Fighters' and Police Officers' Retirement Trust*

_____
Ornel N. Cotera, Chair

2

**SCHEDULE A**
**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
**Transactions in Leslie's Incorporated**

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 03/09/21 | 305 | $22.9802 | | | |
| 03/10/21 | 355 | $24.0031 | | | |
| 03/10/21 | 25 | $23.9950 | | | |
| 03/11/21 | 695 | $24.3732 | | | |
| 03/11/21 | 40 | $24.6100 | | | |
| 03/12/21 | 1,200 | $23.5529 | | | |
| 03/12/21 | 740 | $23.7929 | | | |
| 03/15/21 | 785 | $23.5388 | | | |
| 03/16/21 | 640 | $23.1643 | | | |
| 03/17/21 | 650 | $22.8953 | | | |
| 03/18/21 | 545 | $23.0092 | | | |
| 03/19/21 | 900 | $23.4861 | | | |
| 03/22/21 | 885 | $23.6943 | | | |
| 03/23/21 | 1,400 | $24.1720 | | | |
| 03/24/21 | 565 | $23.2022 | | | |
| 03/25/21 | 700 | $22.5791 | | | |
| 03/26/21 | 265 | $22.6000 | | | |
| 03/26/21 | 155 | $21.8844 | | | |
| 03/30/21 | 110 | $23.2260 | | | |
| 03/30/21 | 130 | $23.5497 | | | |
| 06/10/21 | 9,260 | $27.6400 | | | |
| 06/10/21 | 700 | $27.4538 | | | |
| 07/19/21 | 1,260 | $24.3500 | | | |
| 07/21/21 | 260 | $26.0245 | | | |
| 07/21/21 | 510 | $26.0077 | | | |
| 07/22/21 | 130 | $25.5400 | | | |
| 07/22/21 | 390 | $25.1118 | | | |
| 08/05/21 | 1,305 | $22.8922 | | | |
| 08/06/21 | 655 | $23.0116 | | | |
| 08/09/21 | 425 | $24.2050 | | | |
| 08/10/21 | 160 | $24.5618 | | | |
| 08/16/21 | 10 | $23.9389 | | | |
| 08/17/21 | 175 | $22.8182 | | | |
| 08/17/21 | 920 | $23.1662 | | | |
| 09/15/21 | 5,980 | $22.0000 | | | |

3

| Common Stock Purchases | | | | Common Stock Sales | | |
| --- | --- | --- | --- | --- | --- | --- |
| Date | Shares | Price | | Date | Shares | Price |
| 09/15/21 | 40 | $21.9969 | | | | |
| 09/17/21 | 230 | $23.3467 | | | | |
| 09/30/21 | 920 | $20.4300 | | | | |
| 10/01/21 | 95 | $20.4150 | | | | |
| 10/01/21 | 345 | $20.0513 | | | | |
| 10/04/21 | 490 | $20.1552 | | | | |
| 11/16/21 | 420 | $22.1178 | | | | |
| 11/17/21 | 405 | $21.9318 | | | | |
| 11/18/21 | 270 | $21.3206 | | | | |
| 11/19/21 | 140 | $20.7250 | | | | |
| 11/19/21 | 740 | $20.8533 | | | | |
| 11/22/21 | 280 | $21.0593 | | | | |
| 11/23/21 | 745 | $20.7127 | | | | |
| 11/30/21 | 45 | $20.4769 | | | | |
| 11/30/21 | 740 | $20.6944 | | | | |
| 12/01/21 | 1,635 | $20.9319 | | | | |
| 12/02/21 | 125 | $20.4500 | | | | |
| 12/02/21 | 390 | $20.6017 | | | | |
| 12/02/21 | 65 | $20.5835 | | | | |
| 12/14/21 | 2,950 | $20.5000 | | | | |
| 12/22/21 | 870 | $23.0100 | | | | |
| 04/01/22 | 140 | $20.1050 | | | | |
| 04/01/22 | 1,505 | $20.0397 | | | | |
| 04/01/22 | 370 | $19.9447 | | | | |
| 04/04/22 | 2,080 | $20.9047 | | | | |
| 04/04/22 | 1,210 | $20.9323 | | | | |
| 04/05/22 | 1,020 | $20.4673 | | | | |
| 04/05/22 | 205 | $20.6230 | | | | |
| 04/06/22 | 2,435 | $19.8125 | | | | |
| 04/06/22 | 260 | $19.8950 | | | | |
| 04/07/22 | 1,065 | $20.4836 | | | | |
| 04/08/22 | 335 | $20.7210 | | | | |
| 04/08/22 | 2,720 | $20.6968 | | | | |
| 04/11/22 | 2,720 | $20.9358 | | | | |
| 04/11/22 | 225 | $20.5200 | | | | |
| 04/12/22 | 920 | $21.1243 | | | | |
| 04/12/22 | 1,250 | $20.8931 | | | | |
| 04/13/22 | 840 | $21.1523 | | | | |
| 04/13/22 | 10 | $20.9625 | | | | |
| 04/14/22 | 560 | $21.4051 | | | | |

4

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price | | Date | Shares | Price |
| 04/14/22 | 5,945 | $21.2839 | | | | |
| 04/19/22 | 1,080 | $20.7571 | | | | |
| 04/21/22 | 3,545 | $20.7248 | | | | |
| 04/21/22 | 1,095 | $20.7248 | | | | |
| 04/22/22 | 1,960 | $20.0963 | | | | |
| 04/22/22 | 605 | $20.0963 | | | | |
| 04/27/22 | 315 | $19.6250 | | | | |
| 04/27/22 | 890 | $19.4879 | | | | |
| 04/28/22 | 405 | $19.4400 | | | | |
| 04/28/22 | 1,050 | $19.8041 | | | | |
| 04/29/22 | 840 | $19.6174 | | | | |
| 05/12/22 | 1,265 | $17.4741 | | | | |
| 05/12/22 | 240 | $17.3400 | | | | |
| 05/18/22 | 395 | $17.8228 | | | | |
| 07/27/22 | 520 | $15.3190 | | | | |
| 07/27/22 | 15 | $15.3190 | | | | |
| 07/28/22 | 1,280 | $15.1904 | | | | |
| 07/28/22 | 200 | $15.1329 | | | | |
| 07/28/22 | 5 | $15.1329 | | | | |
| 07/28/22 | 30 | $15.1904 | | | | |
| 08/03/22 | 1,400 | $15.8002 | | | | |
| 11/01/22 | 2,100 | $14.2246 | | | | |
| 03/09/23 | 6,170 | $12.1500 | | | | |
| 03/10/23 | 3,430 | $11.8566 | | | | |
| 04/03/23 | 2,800 | $10.9593 | | | | |

5

## CERTIFICATION AND AUTHORIZATION

I, Jonathan Frost, on behalf of West Palm Beach Police Pension Fund ("WPB Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint prepared against Leslie's, Inc. ("Leslie's") alleging violations of the federal securities laws, and authorized its filing. I am authorized in my capacity as Chairman of WPB Police to execute this Certification on behalf of WPB Police. WPB Police has authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related action.

2.      WPB Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.      WPB Police is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.      WPB Police's transactions in Leslie's common stock during the Class Period are set forth in the attached Schedule A.

5.      WPB Police has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re SelectQuote, Inc. Sec. Litig.*, No. 1:21-cv-06903 (S.D.N.Y.)

6.      WPB Police has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*

7.      WPB Police will not accept any payment for serving as a representative party on behalf of the Class beyond WPB Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 08 day of September, 2023.

*West Palm Beach Police Pension Fund*

_____, Chairman
Jonathan Frost, Chairman

2

| SCHEDULE A |
|:---:|
| **West Palm Beach Police Pension Fund** |
| **Transactions in Leslie's, Inc.** |

| Common Stock Purchases | | | Common Stock Sales | | |
|:---:|:---:|:---:|:---:|:---:|:---:|
| **Date** | **Shares** | **Price** | **Date** | **Shares** | **Price** |
| 03/09/21 | 155 | $22.9802 | | | |
| 03/10/21 | 180 | $24.0031 | | | |
| 03/10/21 | 15 | $23.9950 | | | |
| 03/11/21 | 355 | $24.3732 | | | |
| 03/11/21 | 20 | $24.6100 | | | |
| 03/12/21 | 610 | $23.5529 | | | |
| 03/12/21 | 380 | $23.7929 | | | |
| 03/15/21 | 400 | $23.5388 | | | |
| 03/16/21 | 325 | $23.1643 | | | |
| 03/17/21 | 335 | $22.8953 | | | |
| 03/18/21 | 280 | $23.0092 | | | |
| 03/19/21 | 460 | $23.4861 | | | |
| 03/22/21 | 450 | $23.6943 | | | |
| 03/23/21 | 715 | $24.1720 | | | |
| 03/24/21 | 290 | $23.2022 | | | |
| 03/25/21 | 355 | $22.5791 | | | |
| 03/26/21 | 80 | $21.8844 | | | |
| 03/26/21 | 135 | $22.6000 | | | |
| 03/30/21 | 55 | $23.2260 | | | |
| 03/30/21 | 65 | $23.5497 | | | |
| 06/10/21 | 4,680 | $27.6400 | | | |
| 06/10/21 | 380 | $27.4538 | | | |
| 07/19/21 | 630 | $24.3500 | | | |
| 07/21/21 | 255 | $26.0077 | | | |
| 07/21/21 | 130 | $26.0245 | | | |
| 07/22/21 | 200 | $25.1118 | | | |
| 07/22/21 | 65 | $25.5400 | | | |
| 08/05/21 | 670 | $22.8922 | | | |
| 08/06/21 | 335 | $23.0116 | | | |
| 08/09/21 | 215 | $24.2050 | | | |
| 08/10/21 | 85 | $24.5618 | | | |
| 08/16/21 | 5 | $23.9389 | | | |
| 08/17/21 | 470 | $23.1662 | | | |
| 08/17/21 | 90 | $22.8182 | | | |
| 09/15/21 | 3,060 | $22.0000 | | | |

3

| | | |
|---|---|---|
| 09/15/21 | 20 | $21.9969 |
| 09/17/21 | 120 | $23.3467 |
| 09/30/21 | 470 | $20.4300 |
| 10/01/21 | 50 | $20.4150 |
| 10/01/21 | 175 | $20.0513 |
| 10/04/21 | 245 | $20.1552 |
| 11/16/21 | 205 | $22.1178 |
| 11/17/21 | 195 | $21.9318 |
| 11/18/21 | 135 | $21.3206 |
| 11/19/21 | 70 | $20.7250 |
| 11/19/21 | 360 | $20.8533 |
| 11/22/21 | 135 | $21.0593 |
| 11/23/21 | 360 | $20.7127 |
| 11/30/21 | 375 | $20.6944 |
| 11/30/21 | 20 | $20.4769 |
| 12/01/21 | 830 | $20.9319 |
| 12/02/21 | 65 | $20.4500 |
| 12/02/21 | 200 | $20.6017 |
| 12/02/21 | 30 | $20.5835 |
| 12/14/21 | 1,480 | $20.5000 |
| 05/12/22 | 25 | $17.3400 |
| 05/12/22 | 140 | $17.4741 |
| 07/27/22 | 75 | $15.3190 |
| 07/28/22 | 30 | $15.1329 |
| 07/28/22 | 185 | $15.1904 |

4