EXHIBIT B

**Leslie's, Inc.**
**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
Class Period: 02/05/2021 to 07/13/2023
Lookback Price: $5.9835 (07/14/23 - 10/11/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-CP Holdings: | | 0 | | $0.00 |
| Purchase | 03/09/21 | 305 | $22.9802 | $7,008.96 | | | | | |
| Purchase | 03/10/21 | 355 | $24.0031 | $8,521.10 | | | | | |
| Purchase | 03/10/21 | 25 | $23.9950 | $599.88 | | | | | |
| Purchase | 03/11/21 | 695 | $24.3732 | $16,939.37 | | | | | |
| Purchase | 03/11/21 | 40 | $24.6100 | $984.40 | | | | | |
| Purchase | 03/12/21 | 1,200 | $23.5529 | $28,263.48 | | | | | |
| Purchase | 03/12/21 | 740 | $23.7929 | $17,606.75 | | | | | |
| Purchase | 03/15/21 | 785 | $23.5388 | $18,477.96 | | | | | |
| Purchase | 03/16/21 | 640 | $23.1643 | $14,825.15 | | | | | |
| Purchase | 03/17/21 | 650 | $22.8953 | $14,881.95 | | | | | |
| Purchase | 03/18/21 | 545 | $23.0092 | $12,540.01 | | | | | |
| Purchase | 03/19/21 | 900 | $23.4861 | $21,137.49 | | | | | |
| Purchase | 03/22/21 | 885 | $23.6943 | $20,969.46 | | | | | |
| Purchase | 03/23/21 | 1,400 | $24.1720 | $33,840.80 | | | | | |
| Purchase | 03/24/21 | 565 | $23.2022 | $13,109.24 | | | | | |
| Purchase | 03/25/21 | 700 | $22.5791 | $15,805.37 | | | | | |
| Purchase | 03/26/21 | 265 | $22.6000 | $5,989.00 | | | | | |
| Purchase | 03/26/21 | 155 | $21.8844 | $3,392.08 | | | | | |
| Purchase | 03/30/21 | 110 | $23.2260 | $2,554.86 | | | | | |
| Purchase | 03/30/21 | 130 | $23.5497 | $3,061.46 | | | | | |
| Purchase | 06/10/21 | 9,260 | $27.6400 | $255,946.40 | | | | | |
| Purchase | 06/10/21 | 700 | $27.4538 | $19,217.66 | | | | | |
| Purchase | 07/19/21 | 1,260 | $24.3500 | $30,681.00 | | | | | |
| Purchase | 07/21/21 | 260 | $26.0245 | $6,766.37 | | | | | |
| Purchase | 07/21/21 | 510 | $26.0077 | $13,263.93 | | | | | |
| Purchase | 07/22/21 | 130 | $25.5400 | $3,320.20 | | | | | |
| Purchase | 07/22/21 | 390 | $25.1118 | $9,793.60 | | | | | |
| Purchase | 08/05/21 | 1,305 | $22.8922 | $29,874.32 | | | | | |
| Purchase | 08/06/21 | 655 | $23.0116 | $15,072.60 | | | | | |
| Purchase | 08/09/21 | 425 | $24.2050 | $10,287.13 | | | | | |
| Purchase | 08/10/21 | 160 | $24.5618 | $3,929.89 | | | | | |
| Purchase | 08/16/21 | 10 | $23.9389 | $239.39 | | | | | |
| Purchase | 08/17/21 | 175 | $22.8182 | $3,993.19 | | | | | |
| Purchase | 08/17/21 | 920 | $23.1662 | $21,312.90 | | | | | |
| Purchase | 09/15/21 | 5,980 | $22.0000 | $131,560.00 | | | | | |
| Purchase | 09/15/21 | 40 | $21.9969 | $879.88 | | | | | |
| Purchase | 09/17/21 | 230 | $23.3467 | $5,369.74 | | | | | |
| Purchase | 09/30/21 | 920 | $20.4300 | $18,795.60 | | | | | |
| Purchase | 10/01/21 | 95 | $20.4150 | $1,939.43 | | | | | |
| Purchase | 10/01/21 | 345 | $20.0513 | $6,917.70 | | | | | |
| Purchase | 10/04/21 | 490 | $20.1552 | $9,876.05 | | | | | |
| Purchase | 11/16/21 | 420 | $22.1178 | $9,289.48 | | | | | |
| Purchase | 11/17/21 | 405 | $21.9318 | $8,882.38 | | | | | |
| Purchase | 11/18/21 | 270 | $21.3206 | $5,756.56 | | | | | |
| Purchase | 11/19/21 | 140 | $20.7250 | $2,901.50 | | | | | |
| Purchase | 11/19/21 | 740 | $20.8533 | $15,431.44 | | | | | |

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/22/21 | 280 | $21.0593 | $5,896.60 | | | | | |
| Purchase | 11/23/21 | 745 | $20.7127 | $15,430.96 | | | | | |
| Purchase | 11/30/21 | 45 | $20.4769 | $921.46 | | | | | |
| Purchase | 11/30/21 | 740 | $20.6944 | $15,313.86 | | | | | |
| Purchase | 12/01/21 | 1,635 | $20.9319 | $34,223.66 | | | | | |
| Purchase | 12/02/21 | 125 | $20.4500 | $2,556.25 | | | | | |
| Purchase | 12/02/21 | 390 | $20.6017 | $8,034.66 | | | | | |
| Purchase | 12/02/21 | 65 | $20.5835 | $1,337.93 | | | | | |
| Purchase | 12/14/21 | 2,950 | $20.5000 | $60,475.00 | | | | | |
| Purchase | 12/22/21 | 870 | $23.0100 | $20,018.70 | | | | | |
| Purchase | 04/01/22 | 140 | $20.1050 | $2,814.70 | | | | | |
| Purchase | 04/01/22 | 1,505 | $20.0397 | $30,159.75 | | | | | |
| Purchase | 04/01/22 | 370 | $19.9447 | $7,379.54 | | | | | |
| Purchase | 04/04/22 | 2,080 | $20.9047 | $43,481.78 | | | | | |
| Purchase | 04/04/22 | 1,210 | $20.9323 | $25,328.08 | | | | | |
| Purchase | 04/05/22 | 1,020 | $20.4673 | $20,876.65 | | | | | |
| Purchase | 04/05/22 | 205 | $20.6230 | $4,227.72 | | | | | |
| Purchase | 04/06/22 | 2,435 | $19.8125 | $48,243.44 | | | | | |
| Purchase | 04/06/22 | 260 | $19.8950 | $5,172.70 | | | | | |
| Purchase | 04/07/22 | 1,065 | $20.4836 | $21,815.03 | | | | | |
| Purchase | 04/08/22 | 335 | $20.7210 | $6,941.54 | | | | | |
| Purchase | 04/08/22 | 2,720 | $20.6968 | $56,295.30 | | | | | |
| Purchase | 04/11/22 | 2,720 | $20.9358 | $56,945.38 | | | | | |
| Purchase | 04/11/22 | 225 | $20.5200 | $4,617.00 | | | | | |
| Purchase | 04/12/22 | 920 | $21.1243 | $19,434.36 | | | | | |
| Purchase | 04/12/22 | 1,250 | $20.8931 | $26,116.38 | | | | | |
| Purchase | 04/13/22 | 840 | $21.1523 | $17,767.93 | | | | | |
| Purchase | 04/13/22 | 10 | $20.9625 | $209.63 | | | | | |
| Purchase | 04/14/22 | 560 | $21.4051 | $11,986.86 | | | | | |
| Purchase | 04/14/22 | 5,945 | $21.2839 | $126,532.79 | | | | | |
| Purchase | 04/19/22 | 1,080 | $20.7571 | $22,417.67 | | | | | |
| Purchase | 04/21/22 | 3,545 | $20.7248 | $73,469.42 | | | | | |
| Purchase | 04/21/22 | 1,095 | $20.7248 | $22,693.66 | | | | | |
| Purchase | 04/22/22 | 1,960 | $20.0963 | $39,388.75 | | | | | |
| Purchase | 04/22/22 | 605 | $20.0963 | $12,158.26 | | | | | |
| Purchase | 04/27/22 | 315 | $19.6250 | $6,181.88 | | | | | |
| Purchase | 04/27/22 | 890 | $19.4879 | $17,344.23 | | | | | |
| Purchase | 04/28/22 | 405 | $19.4400 | $7,873.20 | | | | | |
| Purchase | 04/28/22 | 1,050 | $19.8041 | $20,794.31 | | | | | |
| Purchase | 04/29/22 | 840 | $19.6174 | $16,478.62 | | | | | |
| Purchase | 05/12/22 | 1,265 | $17.4741 | $22,104.74 | | | | | |
| Purchase | 05/12/22 | 240 | $17.3400 | $4,161.60 | | | | | |
| Purchase | 05/18/22 | 395 | $17.8228 | $7,040.01 | | | | | |
| Purchase | 07/27/22 | 520 | $15.3190 | $7,965.88 | | | | | |
| Purchase | 07/27/22 | 15 | $15.3190 | $229.79 | | | | | |
| Purchase | 07/28/22 | 1,280 | $15.1904 | $19,443.71 | | | | | |
| Purchase | 07/28/22 | 200 | $15.1329 | $3,026.58 | | | | | |
| Purchase | 07/28/22 | 5 | $15.1329 | $75.66 | | | | | |
| Purchase | 07/28/22 | 30 | $15.1904 | $455.71 | | | | | |
| Purchase | 08/03/22 | 1,400 | $15.8002 | $22,120.28 | | | | | |
| Purchase | 11/01/22 | 2,100 | $14.2246 | $29,871.66 | Sale* | 08/10/23 | 6,700 | $7.0100 | $46,967.00 |
| Purchase | 03/09/23 | 6,170 | $12.1500 | $74,965.50 | Sale* | 08/10/23 | 6,250 | $7.0100 | $43,812.50 |
| Purchase | 03/10/23 | 3,430 | $11.8566 | $40,668.14 | | | | | |
| Purchase | 04/03/23 | 2,800 | $10.9593 | $30,686.04 | Retained | | 89,670 | $5.9835 | $536,539.73 |
| | | **102,620** | | **$2,103,977.95** | | | **102,620** | | **$627,319.23** |

**LIFO Gain/(Loss) for City of Miami Fire Fighters' and Police Officers' Retirement Trust   ($1,476,658.72)**

*\* Post-Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.*

**Leslie's, Inc.**
**West Palm Beach Police Pension Fund**
Class Period: 02/05/2021 to 07/13/2023
Lookback Price: $5.9835 (07/14/23 - 10/11/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-CP Holdings: | | 0 | | $0.00 |
| Purchase | 03/09/21 | 155 | $22.9802 | $3,561.93 | | | | | |
| Purchase | 03/10/21 | 180 | $24.0031 | $4,320.56 | | | | | |
| Purchase | 03/10/21 | 15 | $23.9950 | $359.93 | | | | | |
| Purchase | 03/11/21 | 355 | $24.3732 | $8,652.49 | | | | | |
| Purchase | 03/11/21 | 20 | $24.6100 | $492.20 | | | | | |
| Purchase | 03/12/21 | 610 | $23.5529 | $14,367.27 | | | | | |
| Purchase | 03/12/21 | 380 | $23.7929 | $9,041.30 | | | | | |
| Purchase | 03/15/21 | 400 | $23.5388 | $9,415.52 | | | | | |
| Purchase | 03/16/21 | 325 | $23.1643 | $7,528.40 | | | | | |
| Purchase | 03/17/21 | 335 | $22.8953 | $7,669.93 | | | | | |
| Purchase | 03/18/21 | 280 | $23.0092 | $6,442.58 | | | | | |
| Purchase | 03/19/21 | 460 | $23.4861 | $10,803.61 | | | | | |
| Purchase | 03/22/21 | 450 | $23.6943 | $10,662.44 | | | | | |
| Purchase | 03/23/21 | 715 | $24.1720 | $17,282.98 | | | | | |
| Purchase | 03/24/21 | 290 | $23.2022 | $6,728.64 | | | | | |
| Purchase | 03/25/21 | 355 | $22.5791 | $8,015.58 | | | | | |
| Purchase | 03/26/21 | 80 | $21.8844 | $1,750.75 | | | | | |
| Purchase | 03/26/21 | 135 | $22.6000 | $3,051.00 | | | | | |
| Purchase | 03/30/21 | 55 | $23.2260 | $1,277.43 | | | | | |
| Purchase | 03/30/21 | 65 | $23.5497 | $1,530.73 | | | | | |
| Purchase | 06/10/21 | 4,680 | $27.6400 | $129,355.20 | | | | | |
| Purchase | 06/10/21 | 380 | $27.4538 | $10,432.44 | | | | | |
| Purchase | 07/19/21 | 630 | $24.3500 | $15,340.50 | | | | | |
| Purchase | 07/21/21 | 255 | $26.0077 | $6,631.96 | | | | | |
| Purchase | 07/21/21 | 130 | $26.0245 | $3,383.19 | | | | | |
| Purchase | 07/22/21 | 200 | $25.1118 | $5,022.36 | | | | | |
| Purchase | 07/22/21 | 65 | $25.5400 | $1,660.10 | | | | | |
| Purchase | 08/05/21 | 670 | $22.8922 | $15,337.77 | | | | | |
| Purchase | 08/06/21 | 335 | $23.0116 | $7,708.89 | | | | | |
| Purchase | 08/09/21 | 215 | $24.2050 | $5,204.08 | | | | | |
| Purchase | 08/10/21 | 85 | $24.5618 | $2,087.75 | | | | | |
| Purchase | 08/16/21 | 5 | $23.9389 | $119.69 | | | | | |
| Purchase | 08/17/21 | 470 | $23.1662 | $10,888.11 | | | | | |
| Purchase | 08/17/21 | 90 | $22.8182 | $2,053.64 | | | | | |
| Purchase | 09/15/21 | 3,060 | $22.0000 | $67,320.00 | | | | | |
| Purchase | 09/15/21 | 20 | $21.9969 | $439.94 | | | | | |
| Purchase | 09/17/21 | 120 | $23.3467 | $2,801.60 | | | | | |
| Purchase | 09/30/21 | 470 | $20.4300 | $9,602.10 | | | | | |
| Purchase | 10/01/21 | 50 | $20.4150 | $1,020.75 | | | | | |
| Purchase | 10/01/21 | 175 | $20.0513 | $3,508.98 | | | | | |
| Purchase | 10/04/21 | 245 | $20.1552 | $4,938.02 | | | | | |
| Purchase | 11/16/21 | 205 | $22.1178 | $4,534.15 | | | | | |
| Purchase | 11/17/21 | 195 | $21.9318 | $4,276.70 | | | | | |
| Purchase | 11/18/21 | 135 | $21.3206 | $2,878.28 | | | | | |
| Purchase | 11/19/21 | 70 | $20.7250 | $1,450.75 | | | | | |

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/19/21 | 360 | $20.8533 | $7,507.19 | | | | | |
| Purchase | 11/22/21 | 135 | $21.0593 | $2,843.01 | | | | | |
| Purchase | 11/23/21 | 360 | $20.7127 | $7,456.57 | | | | | |
| Purchase | 11/30/21 | 375 | $20.6944 | $7,760.40 | | | | | |
| Purchase | 11/30/21 | 20 | $20.4769 | $409.54 | | | | | |
| Purchase | 12/01/21 | 830 | $20.9319 | $17,373.48 | | | | | |
| Purchase | 12/02/21 | 65 | $20.4500 | $1,329.25 | | | | | |
| Purchase | 12/02/21 | 200 | $20.6017 | $4,120.34 | | | | | |
| Purchase | 12/02/21 | 30 | $20.5835 | $617.51 | | | | | |
| Purchase | 12/14/21 | 1,480 | $20.5000 | $30,340.00 | | | | | |
| Purchase | 05/12/22 | 25 | $17.3400 | $433.50 | | | | | |
| Purchase | 05/12/22 | 140 | $17.4741 | $2,446.37 | | | | | |
| Purchase | 07/27/22 | 75 | $15.3190 | $1,148.93 | | | | | |
| Purchase | 07/28/22 | 30 | $15.1329 | $453.99 | | | | | |
| Purchase | 07/28/22 | 185 | $15.1904 | $2,810.22 | Retained | | 22,925 | $5.9835 | $137,171.56 |
| | | **22,925** | | **$538,002.49** | | | **22,925** | | **$137,171.56** |

**LIFO Gain/(Loss) for West Palm Beach Police Pension Fund    ($400,830.93)**

### The South Florida Funds

| Fund | Shares Purchased | Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| City of Miami Fire Fighters' and Police Officers' Retirement Trust | 102,620 | 102,620 | ($2,103,977.95) | ($1,476,658.72) |
| West Palm Beach Police Pension Fund | 22,925 | 22,925 | ($538,002.49) | ($400,830.93) |
| **Total** | **125,545** | **125,545** | **($2,641,980.44)** | **($1,877,489.65)** |