ZIMMERMAN REED, LLP
HART L. ROBINOVITCH (AZ SBN 020910)
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: 480/348-6400
480/348-6415 (fax)
Email: hart.robinovitch@zimmreed.com

*Local Counsel for Proposed Lead Plaintiff*

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

*Proposed Lead Counsel for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| West Palm Beach Police Pension Fund, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>Leslie's, Inc., Michael R, Egeck, and Steven M. Weddell,<br><br>                              Defendants. | No. CV-23-1887-PHX-SMB<br><br>DECLARATION OF HART L. ROBINOVITCH IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>(Assigned to the Honorable Susan M. Brnovich) |

I, HART L. ROBINOVITCH, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Arizona and this Court.  I am a member of Zimmerman Reed LLP, local counsel for Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, and the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans ("North Carolina") in the above-captioned securities class action.  I make this declaration in support of North Carolina's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on September 8, 2023;

Exhibit B:    North Carolina's Certifications; and

Exhibit C:    North Carolina's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of November, 2023.

s/ Hart L. Robinovitch
HART L. ROBINOVITCH

- 1 -