# EXHIBIT A

# Saxena White P.A. Files New Securities Fraud Class Action Against Leslie's, Inc.

kxan.com/business/press-releases/globenewswire/8919362/saxena-white-p-a-files-new-securities-fraud-class-action-against-leslies-inc

September 9, 2023

## GlobeNewswire

News provided by

Saxena White P.A.
Sep 08, 2023, 10:06 PM ET

BOCA RATON, Fla., Sept. 08, 2023 (GLOBE NEWSWIRE) -- Saxena White P.A. has filed a securities fraud class action lawsuit (the "Class Action") in the United States District Court for the District of Arizona against Leslie's, Inc. ("Leslie's" or the "Company") (NASDAQ: LESL) and certain of the Company's executive officers (collectively, "Defendants"). The Class Action asserts claims under Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder on behalf of all persons or entities that purchased and/or acquired Leslie's common stock between February 5, 2021 and July 13, 2023, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Saxena White is captioned: *West Palm Beach Police Pension Fund v. Leslie's, Inc.*, No. 2:23-cv-01887-SMB (D. Ariz.).

Leslie's provides pool supplies and related equipment to residential and professional customers. Approximately 80% of the Company's offerings are products essential to the care of pools and spas, such as chemicals, equipment, cleaning accessories, and parts.

Throughout the Class Period, Leslie's customers were purchasing more chemicals than necessary, at significantly inflated prices. Rather than disclose that its impressive sales growth was based on artificial demand, the Company claimed its growth initiatives drove its financial results and produced "healthy ongoing consumer demand" that was "durable" and "showed no signs of slowing." As the Company itself was encouraging its customers to stockpile pool chemicals, Defendants were telling investors they "just haven't seen any indication of any meaningful pull-forward" customer purchasing.

The Class Action alleges that, during the Class Period, Defendants misled investors and/or failed to disclose that (1) the Company's growth was caused by customers over purchasing products; (2) such sales inflated revenues and earnings and were not indicative of durable and sustainable demand or financial growth; (3) the Company prolonged the inflated customer demand by warning customers that Leslie's could not "guarantee availability" of

chemicals in the future; and (4) any slowdown in sales was not a normalization of past seasonality, but was due to the prior excess stockpiling. As a result, Defendants' positive statements about the Company's financial guidance, business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

On July 13, 2023, Leslie's issued a press release announcing disappointing preliminary results for its fiscal third quarter of 2023 ended on July 1, 2023, including a 9% year-over-year sales decline and a cut to the Company's fiscal 2023 guidance. The press release quoted Defendant Egeck, revealing that "consumers entered the pool season with a greater than normal amount of chemicals left[ ]over from last year." In addition, the Company announced that its Chief Financial Officer would depart the following month. These revelations shocked analysts, resulting in several downgrades, with one firm concluding that "pretty much everything in the company's preliminary earnings release was more negative than we could have anticipated." In response to this news, the price of Leslie's common stock declined more than 29%, from a closing price of $9.52 per share on July 13, 2023, to a closing price of $6.70 per share on July 14, 2023. Leslie's common stock price continued to fall another $1.24 per share the following trading day, or over 18%, closing at $5.46 per share on July 17, 2023.

If you purchased and/or acquired Leslie's common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff. If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the District of Arizona no later than November 7, 2023. The lead plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

You may contact Marco A. Dueñas (mduenas@saxenawhite.com), an attorney at Saxena White P.A., to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You also may retain counsel of your choice to represent you in the Class Action.

You may obtain a copy of the Complaint and inquire about actively joining the Class Action at **www.saxenawhite.com**.

Saxena White P.A., with offices in Florida, New York, California, and Delaware, is a leading national law firm focused on prosecuting securities class actions and other complex litigation on behalf of injured investors. Currently serving as lead counsel in numerous securities fraud class actions nationwide, Saxena White has recovered billions of dollars on behalf of injured investors.

**CONTACT INFORMATION**

Marco A. Dueñas, Esq.

mduenas@saxenawhite.com

Saxena White P.A.

10 Bank Street, Suite 882

White Plains, NY 10606

Telephone: (914) 437-8551

Fax: (888) 631-3611

www.saxenawhite.com



NOTE: This content is not written by or endorsed by "KXAN", its advertisers, or Nexstar Media Inc.