# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Benjamin Garner, on behalf of the Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems ("NCRS") declare:

1.      I am the General Counsel for the Treasurer.  I am fully authorized to enter into and execute this Certification on behalf of NCRS.  I have reviewed a complaint and authorized its filing.  NCRS has authorized the filing of a motion for appointment as lead plaintiff.

2.      NCRS did not acquire the security that is the subject of this action at the direction of NCRS' counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      NCRS is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      NCRS has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      NCRS has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*City of Hialeah Employees' Retirement System v. Peloton Interactive, Inc.*, No. 1:21-cv-09582 (S.D.N.Y.)
*Choi v. Coupang, Inc.*, No. 1:22-cv-07309 (S.D.N.Y.)
*In re Fidelity National Information Services, Inc. Sec. Litig.*, No. 3:23-cv-00252 (M.D. Fla.)
*Henry v. Futu Holdings Limited*, No. 2:23-cv-03222 (D.N.J.)
*In re Okta, Inc. Securities Litigation*, No. 3:22-cv-02990 (N.D. Ca.)

6. NCRS will not accept any payment for serving as a representative party on behalf of the class beyond NCRS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of November, 2023.

TREASURER OF THE STATE OF NORTH CAROLINA, ON BEHALF OF THE NORTH CAROLINA RETIREMENT SYSTEMS

By: _____
    Benjamin Garner, General Counsel

LESLIE'S

SCHEDULE A

SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/16/2021 | 10,720 | $24.47 |
| 03/03/2021 | 30 | $23.90 |
| 04/01/2021 | 10 | $25.15 |
| 04/16/2021 | 70 | $26.04 |
| 04/26/2021 | 30 | $27.57 |
| 05/21/2021 | 10 | $28.14 |
| 06/10/2021 | 127,181 | $27.64 |
| 06/15/2021 | 9,058 | $27.23 |
| 06/25/2021 | 1,140 | $27.64 |
| 07/01/2021 | 1,030 | $27.66 |
| 07/06/2021 | 40 | $26.54 |
| 07/16/2021 | 20 | $24.92 |
| 07/20/2021 | 6,788 | $25.25 |
| 07/21/2021 | 13,965 | $25.99 |
| 07/22/2021 | 50 | $25.26 |
| 07/22/2021 | 12,536 | $25.17 |
| 07/23/2021 | 170 | $24.64 |
| 08/03/2021 | 10 | $24.23 |
| 08/27/2021 | 109 | $24.21 |
| 09/02/2021 | 50 | $24.27 |
| 09/02/2021 | 8,913 | $24.40 |
| 09/03/2021 | 11,060 | $24.34 |
| 09/07/2021 | 19,667 | $24.50 |
| 09/08/2021 | 9,219 | $24.13 |
| 09/09/2021 | 5,436 | $25.02 |
| 09/10/2021 | 18,090 | $25.34 |
| 09/15/2021 | 60,960 | $22.00 |
| 09/17/2021 | 2,970 | $22.54 |
| 09/20/2021 | 5,510 | $22.25 |
| 09/30/2021 | 4,652 | $20.07 |
| 09/30/2021 | 35,988 | $20.61 |
| 10/01/2021 | 20 | $20.59 |
| 10/29/2021 | 8,311 | $20.56 |
| 11/01/2021 | 40 | $21.37 |
| 11/01/2021 | 14,172 | $21.22 |
| 11/24/2021 | 50 | $20.55 |
| 12/09/2021 | 50 | $22.12 |
| 12/14/2021 | 14,107 | $21.37 |
| 12/15/2021 | 70 | $20.74 |
| 12/21/2021 | 120 | $23.03 |
| 12/29/2021 | 3,425 | $23.63 |
| 12/30/2021 | 40 | $23.79 |
| 12/30/2021 | 3,343 | $24.01 |
| 01/19/2022 | 30 | $21.09 |
| 02/16/2022 | 260 | $21.29 |
| 03/01/2022 | 220 | $21.51 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/07/2022 | 90 | $20.54 |
| 03/18/2022 | 2,343 | $21.23 |
| 03/18/2022 | 7,030 | $21.50 |
| 03/31/2022 | 110 | $19.94 |
| 05/19/2022 | 50 | $18.30 |
| 05/25/2022 | 30 | $18.50 |
| 06/13/2022 | 230 | $16.37 |
| 06/24/2022 | 9,758 | $16.26 |
| 07/12/2022 | 540 | $15.97 |
| 08/09/2022 | 60 | $15.22 |
| 08/16/2022 | 40 | $16.39 |
| 09/16/2022 | 240 | $13.88 |
| 10/04/2022 | 90 | $15.35 |
| 10/18/2022 | 90 | $14.31 |
| 11/01/2022 | 150 | $14.31 |
| 11/30/2022 | 70 | $14.60 |
| 12/16/2022 | 480 | $12.08 |
| 12/21/2022 | 1,651 | $12.18 |
| 12/22/2022 | 2,790 | $11.99 |
| 01/17/2023 | 90 | $14.24 |
| 02/08/2023 | 15,175 | $13.46 |
| 02/09/2023 | 18,348 | $13.56 |
| 02/10/2023 | 27,316 | $13.13 |
| 02/13/2023 | 7,805 | $13.65 |
| 02/14/2023 | 19,511 | $13.53 |
| 02/15/2023 | 7,632 | $13.73 |
| 02/16/2023 | 5,004 | $14.17 |
| 02/17/2023 | 7,338 | $13.30 |
| 02/21/2023 | 90 | $13.23 |
| 03/17/2023 | 7,610 | $11.20 |
| 03/29/2023 | 100 | $10.46 |
| 04/12/2023 | 70 | $10.77 |
| 05/16/2023 | 110 | $10.16 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/09/2021 | 10 | $26.45 |
| 02/24/2021 | 10 | $23.89 |
| 03/19/2021 | 150 | $23.59 |
| 12/17/2021 | 80 | $22.71 |
| 04/13/2022 | 250 | $21.21 |
| 05/27/2022 | 29,396 | $19.86 |
| 05/31/2022 | 5,706 | $19.12 |
| 06/01/2022 | 22,893 | $19.37 |
| 06/07/2022 | 19,439 | $18.76 |
| 06/08/2022 | 14,882 | $18.87 |
| 06/09/2022 | 7,979 | $18.74 |
| 06/10/2022 | 3,989 | $17.72 |
| 06/13/2022 | 3,779 | $16.37 |
| 06/14/2022 | 210 | $16.23 |
| 06/15/2022 | 28,239 | $15.75 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/16/2022 | 25,904 | $14.09 |
| 06/24/2022 | 1,100 | $16.23 |
| 06/24/2022 | 6,018 | $16.25 |
| 06/27/2022 | 8,018 | $16.15 |
| 10/14/2022 | 9,299 | $13.91 |
| 10/17/2022 | 10,498 | $14.04 |
| 11/28/2022 | 18,003 | $14.82 |
| 05/23/2023 | 10 | $10.12 |
| 06/23/2023 | 76,818 | $9.39 |

Prices listed are rounded up to two decimal places.

*Opening position of 17,030 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Benjamin Garner, on behalf of the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans ("NCSRP") declare:

1.    I am the General Counsel for the Treasurer. I am fully authorized to enter into and execute this Certification on behalf of NCSRP. I have reviewed a complaint and authorized its filing. NCSRP has authorized the filing of a motion for appointment as lead plaintiff.

2.    NCSRP did not acquire the security that is the subject of this action at the direction of NCSRP's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    NCSRP is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    NCSRP has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.    NCSRP has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Fidelity National Information Services, Inc. Sec. Litig.*, No. 3:23-cv-00252 (M.D. Fla.)
*Henry v. Futu Holdings Limited*, No. 2:23-cv-03222 (D.N.J.)

6.    NCSRP will not accept any payment for serving as a representative party on behalf of the class beyond NCSRP's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November, 2023.

NORTH CAROLINA DEPARTMENT OF STATE TREASURER AND THE NORTH CAROLINA SUPPLEMENTAL RETIREMENT BOARD OF TRUSTEES, ON BEHALF OF THE NORTH CAROLINA SUPPLEMENTAL RETIREMENT PLANS

By: _____
Benjamin Garner, General Counsel

LESLIE'S

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/10/2021 | 78,970 | $27.64 |
| 06/15/2021 | 389 | $27.57 |
| 07/20/2021 | 4,236 | $25.25 |
| 07/21/2021 | 8,714 | $25.99 |
| 07/22/2021 | 7,821 | $25.17 |
| 09/02/2021 | 5,587 | $24.40 |
| 09/03/2021 | 6,916 | $24.34 |
| 09/07/2021 | 12,298 | $24.50 |
| 09/08/2021 | 5,765 | $24.13 |
| 09/09/2021 | 3,399 | $25.02 |
| 09/10/2021 | 11,312 | $25.34 |
| 09/15/2021 | 32,607 | $22.00 |
| 09/30/2021 | 2,889 | $20.07 |
| 09/30/2021 | 21,746 | $20.61 |
| 10/29/2021 | 5,034 | $20.56 |
| 11/01/2021 | 8,584 | $21.22 |
| 12/07/2021 | 12,080 | $22.03 |
| 12/14/2021 | 8,746 | $21.37 |
| 12/29/2021 | 2,128 | $23.63 |
| 12/30/2021 | 2,136 | $24.01 |
| 03/08/2022 | 10,858 | $20.59 |
| 08/26/2022 | 6,861 | $14.56 |
| 08/29/2022 | 30,187 | $14.60 |
| 08/30/2022 | 32,673 | $14.35 |
| 08/31/2022 | 24,355 | $14.20 |
| 09/01/2022 | 5,821 | $14.09 |
| 12/21/2022 | 432 | $12.18 |
| 12/22/2022 | 730 | $11.99 |
| 12/22/2022 | 15,106 | $11.97 |
| 02/08/2023 | 9,854 | $13.46 |
| 02/09/2023 | 11,914 | $13.56 |
| 02/10/2023 | 17,738 | $13.13 |
| 02/13/2023 | 5,068 | $13.65 |
| 02/14/2023 | 12,670 | $13.53 |
| 02/15/2023 | 4,951 | $13.73 |
| 02/16/2023 | 3,246 | $14.17 |
| 02/16/2023 | 16,504 | $14.04 |
| 02/17/2023 | 4,760 | $13.30 |
| 03/30/2023 | 11,884 | $10.67 |
| 03/31/2023 | 6,628 | $11.00 |
| 06/06/2023 | 10,663 | $10.42 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/27/2022 | 19,732 | $19.86 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/31/2022 | 3,830 | $19.12 |
| 06/01/2022 | 15,272 | $19.37 |
| 06/07/2022 | 12,192 | $18.76 |
| 06/08/2022 | 9,334 | $18.87 |
| 06/09/2022 | 5,004 | $18.74 |
| 06/10/2022 | 2,502 | $17.72 |
| 06/13/2022 | 2,370 | $16.37 |
| 06/14/2022 | 132 | $16.23 |
| 06/15/2022 | 19,053 | $15.75 |
| 06/16/2022 | 17,479 | $14.09 |
| 06/24/2022 | 4,061 | $16.25 |
| 06/27/2022 | 5,409 | $16.15 |
| 09/01/2022 | 3,817 | $14.12 |
| 10/14/2022 | 5,878 | $13.91 |
| 10/17/2022 | 6,636 | $14.04 |
| 11/28/2022 | 11,740 | $14.82 |

Prices listed are rounded up to two decimal places.