# EXHIBIT C

Movant's Purchases and Losses

Class Period: 02/05/2021 - 07/13/2023

Leslie's

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems** | 05/16/2023 | 10 | $10.16 | $101.64 | 05/23/2023 | 10 | $10.12 | $101.15 | |
| | 05/16/2023 | 100 | $10.16 | $1,016.36 | 06/23/2023 | 100 | $9.39 | $939.01 | |
| | 04/12/2023 | 70 | $10.77 | $753.90 | 06/23/2023 | 70 | $9.39 | $657.31 | |
| | 03/29/2023 | 100 | $10.46 | $1,046.00 | 06/23/2023 | 100 | $9.39 | $939.01 | |
| | 03/17/2023 | 7,610 | $11.20 | $85,232.00 | 06/23/2023 | 7,610 | $9.39 | $71,458.65 | |
| | 02/21/2023 | 90 | $13.23 | $1,190.70 | 06/23/2023 | 90 | $9.39 | $845.11 | |
| | 02/17/2023 | 7,338 | $13.30 | $97,581.46 | 06/23/2023 | 7,338 | $9.39 | $68,904.55 | |
| | 02/16/2023 | 5,004 | $14.17 | $70,892.67 | 06/23/2023 | 5,004 | $9.39 | $46,988.06 | |
| | 02/15/2023 | 7,632 | $13.73 | $104,814.06 | 06/23/2023 | 7,632 | $9.39 | $71,665.24 | |
| | 02/14/2023 | 19,511 | $13.53 | $263,917.47 | 06/23/2023 | 19,511 | $9.39 | $183,210.22 | |
| | 02/13/2023 | 7,805 | $13.65 | $106,531.23 | 06/23/2023 | 7,805 | $9.39 | $73,289.72 | |
| | 02/10/2023 | 21,558 | $13.13 | $283,034.96 | 06/23/2023 | 21,558 | $9.39 | $202,431.75 | |
| | 02/10/2023 | 5,758 | $13.13 | $75,596.78 | 07/14/2023 | 5,758 | $6.70 | $38,578.60 | |
| | 02/09/2023 | 18,348 | $13.56 | $248,765.84 | 07/14/2023 | 18,348 | $6.70 | $122,931.60 | |
| | 02/08/2023 | 15,175 | $13.46 | $204,285.85 | 07/14/2023 | 15,175 | $6.70 | $101,672.50 | |
| | 01/17/2023 | 90 | $14.24 | $1,281.15 | 07/14/2023 | 90 | $6.70 | $603.00 | |
| | 12/22/2022 | 2,790 | $11.99 | $33,465.77 | 07/14/2023 | 2,790 | $6.70 | $18,693.00 | |
| | 12/21/2022 | 1,651 | $12.18 | $20,110.83 | 07/14/2023 | 1,651 | $6.70 | $11,061.70 | |
| | 12/16/2022 | 480 | $12.08 | $5,798.40 | 07/14/2023 | 480 | $6.70 | $3,216.00 | |
| | 11/30/2022 | 70 | $14.60 | $1,022.00 | 07/14/2023 | 70 | $6.70 | $469.00 | |
| | 11/01/2022 | 150 | $14.31 | $2,146.76 | 11/28/2022 | 150 | $14.82 | $2,222.62 | |
| | 10/18/2022 | 90 | $14.31 | $1,287.90 | 11/28/2022 | 90 | $14.82 | $1,333.57 | |
| | 10/04/2022 | 90 | $15.35 | $1,381.50 | 10/14/2022 | 90 | $13.91 | $1,252.03 | |
| | 09/16/2022 | 240 | $13.88 | $3,330.96 | 10/14/2022 | 240 | $13.91 | $3,338.74 | |
| | 08/16/2022 | 40 | $16.39 | $655.60 | 10/14/2022 | 40 | $13.91 | $556.46 | |
| | 08/09/2022 | 60 | $15.22 | $913.23 | 10/14/2022 | 60 | $13.91 | $834.68 | |
| | 07/12/2022 | 540 | $15.97 | $8,625.10 | 10/14/2022 | 540 | $13.91 | $7,512.16 | |
| | 06/24/2022 | 1,100 | $16.26 | $17,884.79 | 06/24/2022 | 1,100 | $16.23 | $17,853.00 | |
| | 06/24/2022 | 6,018 | $16.26 | $97,846.06 | 06/24/2022 | 6,018 | $16.25 | $97,767.83 | |
| | 06/24/2022 | 2,640 | $16.26 | $42,923.50 | 06/27/2022 | 2,640 | $16.15 | $42,640.49 | |
| | 06/13/2022 | 230 | $16.37 | $3,764.46 | 06/13/2022 | 230 | $16.37 | $3,764.36 | |
| | 05/25/2022 | 30 | $18.50 | $555.00 | 05/27/2022 | 30 | $19.86 | $595.79 | |
| | 05/19/2022 | 50 | $18.30 | $915.00 | 05/27/2022 | 50 | $19.86 | $992.98 | |
| | 03/31/2022 | 110 | $19.94 | $2,193.90 | 04/13/2022 | 110 | $21.21 | $2,332.55 | |
| | 03/18/2022 | 140 | $21.50 | $3,010.00 | 04/13/2022 | 140 | $21.21 | $2,968.70 | |
| | 03/18/2022 | 6,890 | $21.50 | $148,135.00 | 05/27/2022 | 6,890 | $19.86 | $136,833.33 | |
| | 03/18/2022 | 2,343 | $21.23 | $49,743.06 | 05/27/2022 | 2,343 | $19.86 | $46,531.27 | |
| | 03/07/2022 | 90 | $20.54 | $1,848.60 | 05/27/2022 | 90 | $19.86 | $1,787.37 | |
| | 03/01/2022 | 220 | $21.51 | $4,733.10 | 05/27/2022 | 220 | $19.86 | $4,369.13 | |
| | 02/16/2022 | 260 | $21.29 | $5,534.80 | 05/27/2022 | 260 | $19.86 | $5,163.52 | |
| | 01/19/2022 | 30 | $21.09 | $632.63 | 05/27/2022 | 30 | $19.86 | $595.79 | |
| | 12/30/2021 | 3,343 | $24.01 | $80,266.10 | 05/27/2022 | 3,343 | $19.86 | $66,390.97 | |
| | 12/30/2021 | 40 | $23.79 | $951.60 | 05/27/2022 | 40 | $19.86 | $794.39 | |
| | 12/29/2021 | 3,425 | $23.63 | $80,915.63 | 05/27/2022 | 3,425 | $19.86 | $68,019.47 | |
| | 12/21/2021 | 120 | $23.03 | $2,763.30 | 05/27/2022 | 120 | $19.86 | $2,383.16 | |
| | 12/15/2021 | 70 | $20.74 | $1,451.80 | 12/17/2021 | 70 | $22.71 | $1,589.70 | |

Movant's Purchases and Losses

Leslie's

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 12/14/2021 | 10 | $21.37 | $213.70 | 12/17/2021 | 10 | $22.71 | $227.10 |
| 12/14/2021 | 12,555 | $21.37 | $268,297.84 | 05/27/2022 | 12,555 | $19.86 | $249,338.52 |
| 12/14/2021 | 1,542 | $21.37 | $32,952.23 | 05/31/2022 | 1,542 | $19.12 | $29,479.03 |
| 12/09/2021 | 50 | $22.12 | $1,106.00 | 05/31/2022 | 50 | $19.12 | $955.87 |
| 11/24/2021 | 50 | $20.55 | $1,027.50 | 05/31/2022 | 50 | $19.12 | $955.87 |
| 11/01/2021 | 4,064 | $21.22 | $86,221.41 | 05/31/2022 | 4,064 | $19.12 | $77,693.11 |
| 11/01/2021 | 10,108 | $21.22 | $214,450.31 | 06/01/2022 | 10,108 | $19.37 | $195,773.76 |
| 11/01/2021 | 40 | $21.37 | $854.80 | 06/01/2022 | 40 | $19.37 | $774.73 |
| 10/29/2021 | 8,311 | $20.56 | $170,849.23 | 06/01/2022 | 8,311 | $19.37 | $160,969.10 |
| 10/01/2021 | 20 | $20.59 | $411.80 | 06/01/2022 | 20 | $19.37 | $387.36 |
| 09/30/2021 | 4,414 | $20.61 | $90,961.95 | 06/01/2022 | 4,414 | $19.37 | $85,491.23 |
| 09/30/2021 | 19,439 | $20.61 | $400,591.14 | 06/07/2022 | 19,439 | $18.76 | $364,710.61 |
| 09/30/2021 | 12,135 | $20.61 | $250,073.23 | 06/08/2022 | 12,135 | $18.87 | $228,970.46 |
| 09/30/2021 | 2,747 | $20.07 | $55,143.28 | 06/08/2022 | 2,747 | $18.87 | $51,832.04 |
| 09/30/2021 | 1,905 | $20.07 | $38,240.97 | 06/09/2022 | 1,905 | $18.74 | $35,703.70 |
| 09/20/2021 | 5,510 | $22.25 | $122,590.89 | 06/09/2022 | 5,510 | $18.74 | $103,268.97 |
| 09/17/2021 | 564 | $22.54 | $12,712.56 | 06/09/2022 | 564 | $18.74 | $10,570.54 |
| 09/17/2021 | 2,406 | $22.54 | $54,231.24 | 06/10/2022 | 2,406 | $17.72 | $42,644.66 |
| 09/15/2021 | 1,583 | $22.00 | $34,826.00 | 06/10/2022 | 1,583 | $17.72 | $28,057.57 |
| 09/15/2021 | 3,549 | $22.00 | $78,078.00 | 06/13/2022 | 3,549 | $16.37 | $58,085.77 |
| 09/15/2021 | 210 | $22.00 | $4,620.00 | 06/14/2022 | 210 | $16.23 | $3,408.99 |
| 09/15/2021 | 28,239 | $22.00 | $621,258.00 | 06/15/2022 | 28,239 | $15.75 | $444,642.79 |
| 09/15/2021 | 25,904 | $22.00 | $569,888.00 | 06/16/2022 | 25,904 | $14.09 | $364,860.40 |
| 09/15/2021 | 1,475 | $22.00 | $32,450.00 | 06/27/2022 | 1,475 | $16.15 | $23,823.76 |
| 09/10/2021 | 3,903 | $25.34 | $98,894.60 | 06/27/2022 | 3,903 | $16.15 | $63,040.08 |
| 09/10/2021 | 8,329 | $25.34 | $211,041.03 | 10/14/2022 | 8,329 | $13.91 | $115,868.05 |
| 09/10/2021 | 5,858 | $25.34 | $148,430.59 | 10/17/2022 | 5,858 | $14.04 | $82,225.82 |
| 09/09/2021 | 4,640 | $25.02 | $116,071.45 | 10/17/2022 | 4,640 | $14.04 | $65,129.36 |
| 09/09/2021 | 796 | $25.02 | $19,912.26 | 11/28/2022 | 796 | $14.82 | $11,794.73 |
| 09/08/2021 | 9,219 | $24.13 | $222,454.47 | 11/28/2022 | 9,219 | $14.82 | $136,602.52 |
| 09/07/2021 | 7,748 | $24.50 | $189,823.68 | 11/28/2022 | 7,748 | $14.82 | $114,805.98 |
| 09/07/2021 | 11,919 | $24.50 | $292,011.92 | 07/14/2023 | 11,919 | $6.70 | $79,857.30 |
| 09/03/2021 | 11,060 | $24.34 | $269,232.46 | 07/14/2023 | 11,060 | $6.70 | $74,102.00 |
| 09/02/2021 | 8,913 | $24.40 | $217,515.53 | 07/14/2023 | 8,913 | $6.70 | $59,717.10 |
| 09/02/2021 | 50 | $24.27 | $1,213.50 | 07/14/2023 | 50 | $6.70 | $335.00 |
| 08/27/2021 | 109 | $24.21 | $2,639.30 | 07/14/2023 | 109 | $6.70 | $730.30 |
| 08/03/2021 | 10 | $24.23 | $242.30 | 07/14/2023 | 10 | $6.70 | $67.00 |
| 07/23/2021 | 170 | $24.64 | $4,188.14 | 07/14/2023 | 170 | $6.70 | $1,139.00 |
| 07/22/2021 | 12,536 | $25.17 | $315,569.97 | 07/14/2023 | 12,536 | $6.70 | $83,991.20 |
| 07/22/2021 | 50 | $25.26 | $1,263.00 | 07/14/2023 | 50 | $6.70 | $335.00 |
| 07/21/2021 | 12,723 | $25.99 | $330,656.77 | 07/14/2023 | 12,723 | $6.70 | $85,244.10 |
| 07/21/2021 | 1,242 | $25.99 | $32,278.21 | 07/17/2023 | 1,242 | $6.40 | $7,950.41 |
| 07/20/2021 | 3,827 | $25.25 | $96,647.44 | 07/17/2023 | 3,827 | $6.40 | $24,497.78 |
| 07/20/2021 | 2,961 | $25.25 | $74,777.39 | 07/17/2023 | 2,961 | $6.08 | $18,002.88 |
| 07/16/2021 | 20 | $24.92 | $498.40 | 07/17/2023 | 20 | $6.08 | $121.60 |
| 07/06/2021 | 40 | $26.54 | $1,061.60 | 07/17/2023 | 40 | $6.08 | $243.20 |
| 07/01/2021 | 1,030 | $27.66 | $28,494.23 | 07/17/2023 | 1,030 | $6.08 | $6,262.40 |
| 06/25/2021 | 1,140 | $27.64 | $31,506.29 | 07/17/2023 | 1,140 | $6.08 | $6,931.20 |
| 06/15/2021 | 2,096 | $27.23 | $57,070.31 | 07/17/2023 | 2,096 | $6.08 | $12,743.68 |
| 06/15/2021 | 6,962 | $27.23 | $189,562.73 | 07/17/2023 | 6,962 | $6.08 | $42,328.96 |
| 06/10/2021 | 11,079 | $27.64 | $306,223.56 | 07/17/2023 | 11,079 | $6.08 | $67,360.32 |

Movant's Purchases and Losses

Leslie's

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/10/2021 | 25,775 | $27.64 | $712,421.00 | 07/17/2023 | 25,775 | $6.21 | $159,987.98 |
| 06/10/2021 | 65,973 | $27.64 | $1,823,493.72 | 07/17/2023 | 65,973 | $6.08 | $401,115.84 |
| 06/10/2021 | 24,354 | $27.64 | $673,144.56 | 07/18/2023 | 24,354 | $5.95 | $144,825.93 |
| 05/21/2021 | 10 | $28.14 | $281.40 | 07/18/2023 | 10 | $5.95 | $59.47 |
| 04/26/2021 | 30 | $27.57 | $826.95 | 07/18/2023 | 30 | $5.95 | $178.40 |
| 04/16/2021 | 70 | $26.04 | $1,822.77 | 07/18/2023 | 70 | $5.95 | $416.27 |
| 04/01/2021 | 10 | $25.15 | $251.50 | 07/18/2023 | 10 | $5.95 | $59.47 |
| 03/03/2021 | 30 | $23.90 | $717.00 | 03/19/2021 | 30 | $23.59 | $707.73 |
| 02/16/2021 | 10 | $24.47 | $244.70 | 02/24/2021 | 10 | $23.89 | $238.90 |
| 02/16/2021 | 120 | $24.47 | $2,936.40 | 03/19/2021 | 120 | $23.59 | $2,830.92 |
| 02/16/2021 | 10,347 | $24.47 | $253,191.09 | 07/18/2023 | 10,347 | $5.95 | $61,530.50 |
| 02/16/2021 | 243 | $24.47 | $5,946.21 | 07/19/2023 | 243 | $5.83 | $1,416.08 |
| | **551,781** | | **$12,047,456.92** | | **551,781** | | **$6,036,499.67** | **($6,010,957.25)** |

**North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/06/2023 | 10,663 | $10.42 | $111,131.92 | 07/14/2023 | 10,663 | $6.70 | $71,442.10 |
| 03/31/2023 | 6,628 | $11.00 | $72,918.60 | 07/14/2023 | 6,628 | $6.70 | $44,407.60 |
| 03/30/2023 | 11,884 | $10.67 | $126,805.85 | 07/14/2023 | 11,884 | $6.70 | $79,622.80 |
| 02/17/2023 | 4,760 | $13.30 | $63,298.96 | 07/14/2023 | 4,760 | $6.70 | $31,892.00 |
| 02/16/2023 | 16,504 | $14.04 | $231,648.48 | 07/14/2023 | 16,504 | $6.70 | $110,576.80 |
| 02/16/2023 | 3,246 | $14.17 | $45,986.73 | 07/14/2023 | 3,246 | $6.70 | $21,748.20 |
| 02/15/2023 | 4,951 | $13.73 | $67,994.56 | 07/14/2023 | 4,951 | $6.70 | $33,171.70 |
| 02/14/2023 | 7,472 | $13.53 | $101,070.75 | 07/14/2023 | 7,472 | $6.70 | $50,062.40 |
| 02/14/2023 | 3,289 | $13.53 | $44,488.98 | 07/17/2023 | 3,289 | $6.40 | $21,053.88 |
| 02/14/2023 | 1,909 | $13.53 | $25,822.28 | 07/17/2023 | 1,909 | $6.08 | $11,606.72 |
| 02/13/2023 | 2,818 | $13.65 | $38,463.16 | 07/17/2023 | 2,818 | $6.08 | $17,133.44 |
| 02/13/2023 | 2,250 | $13.65 | $30,710.48 | 07/17/2023 | 2,250 | $6.08 | $13,680.00 |
| 02/10/2023 | 9,454 | $13.13 | $124,121.56 | 07/17/2023 | 9,454 | $6.08 | $57,480.32 |
| 02/10/2023 | 8,284 | $13.13 | $108,760.63 | 07/17/2023 | 8,284 | $6.21 | $51,419.62 |
| 02/09/2023 | 8,437 | $13.56 | $114,390.52 | 07/17/2023 | 8,437 | $6.21 | $52,369.30 |
| 02/09/2023 | 3,477 | $13.56 | $47,141.86 | 07/17/2023 | 3,477 | $6.08 | $21,140.16 |
| 02/08/2023 | 9,854 | $13.46 | $132,654.55 | 07/17/2023 | 9,854 | $6.08 | $59,912.32 |
| 12/22/2022 | 15,106 | $11.97 | $180,877.72 | 07/17/2023 | 15,106 | $6.08 | $91,844.48 |
| 12/22/2022 | 730 | $11.99 | $8,756.28 | 07/17/2023 | 730 | $6.08 | $4,438.40 |
| 12/21/2022 | 432 | $12.18 | $5,262.19 | 07/17/2023 | 432 | $6.08 | $2,626.56 |
| 09/01/2022 | 3,817 | $14.09 | $53,795.27 | 09/01/2022 | 3,817 | $14.12 | $53,900.62 |
| 09/01/2022 | 2,004 | $14.09 | $28,243.57 | 10/14/2022 | 2,004 | $13.91 | $27,878.45 |
| 08/31/2022 | 3,874 | $14.20 | $55,016.22 | 10/14/2022 | 3,874 | $13.91 | $53,892.76 |
| 08/31/2022 | 6,636 | $14.20 | $94,240.49 | 10/17/2022 | 6,636 | $14.04 | $93,146.21 |
| 08/31/2022 | 11,740 | $14.20 | $166,724.44 | 11/28/2022 | 11,740 | $14.82 | $173,957.45 |
| 08/31/2022 | 2,105 | $14.20 | $29,893.95 | 07/17/2023 | 2,105 | $6.08 | $12,798.40 |
| 08/30/2022 | 11,095 | $14.35 | $159,212.13 | 07/17/2023 | 11,095 | $6.08 | $67,457.60 |
| 08/30/2022 | 21,578 | $14.35 | $309,642.12 | 07/18/2023 | 21,578 | $5.95 | $128,317.89 |
| 08/29/2022 | 1,012 | $14.60 | $14,775.40 | 07/18/2023 | 1,012 | $5.95 | $6,018.06 |
| 08/29/2022 | 11,199 | $14.60 | $163,507.64 | 07/19/2023 | 11,199 | $5.83 | $65,262.17 |
| 08/29/2022 | 7,991 | $14.60 | $116,670.20 | 08/01/2023 | 7,991 | $6.39 | $51,047.31 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/2022 | 9,985 | $14.60 | $145,783.00 | 08/01/2023 | 9,985 | $6.35 | $63,397.75 |
| 08/26/2022 | 6,861 | $14.56 | $99,905.77 | 08/01/2023 | 6,861 | $6.35 | $43,562.54 |
| 03/08/2022 | 10,858 | $20.59 | $223,582.51 | 05/27/2022 | 10,858 | $19.86 | $215,636.61 |
| 12/30/2021 | 2,136 | $24.01 | $51,285.79 | 05/27/2022 | 2,136 | $19.86 | $42,420.32 |
| 12/29/2021 | 2,128 | $23.63 | $50,274.00 | 05/27/2022 | 2,128 | $19.86 | $42,261.44 |
| 12/14/2021 | 4,610 | $21.37 | $98,514.77 | 05/27/2022 | 4,610 | $19.86 | $91,553.21 |
| 12/14/2021 | 3,830 | $21.37 | $81,846.33 | 05/31/2022 | 3,830 | $19.12 | $73,219.64 |
| 12/14/2021 | 306 | $21.37 | $6,539.16 | 06/01/2022 | 306 | $19.37 | $5,926.67 |
| 12/07/2021 | 12,080 | $22.03 | $266,146.56 | 06/01/2022 | 12,080 | $19.37 | $233,967.84 |
| 11/01/2021 | 2,886 | $21.22 | $61,229.09 | 06/01/2022 | 2,886 | $19.37 | $55,896.62 |
| 11/01/2021 | 5,698 | $21.22 | $120,888.20 | 06/07/2022 | 5,698 | $18.76 | $106,904.74 |
| 10/29/2021 | 5,034 | $20.56 | $103,483.94 | 06/07/2022 | 5,034 | $18.76 | $94,446.90 |
| 09/30/2021 | 1,460 | $20.61 | $30,087.10 | 06/07/2022 | 1,460 | $18.76 | $27,392.23 |
| 09/30/2021 | 9,334 | $20.61 | $192,351.34 | 06/08/2022 | 9,334 | $18.87 | $176,119.50 |
| 09/30/2021 | 5,004 | $20.61 | $103,120.43 | 06/09/2022 | 5,004 | $18.74 | $93,785.47 |
| 09/30/2021 | 2,502 | $20.61 | $51,560.22 | 06/10/2022 | 2,502 | $17.72 | $44,346.20 |
| 09/30/2021 | 2,370 | $20.61 | $48,840.01 | 06/13/2022 | 2,370 | $16.37 | $38,789.32 |
| 09/30/2021 | 132 | $20.61 | $2,720.20 | 06/14/2022 | 132 | $16.23 | $2,142.80 |
| 09/30/2021 | 944 | $20.61 | $19,453.57 | 06/15/2022 | 944 | $15.75 | $14,863.94 |
| 09/30/2021 | 2,889 | $20.07 | $57,993.79 | 06/15/2022 | 2,889 | $15.75 | $45,489.32 |
| 09/15/2021 | 15,220 | $22.00 | $334,840.00 | 06/15/2022 | 15,220 | $15.75 | $239,649.54 |
| 09/15/2021 | 17,387 | $22.00 | $382,514.00 | 06/16/2022 | 17,387 | $14.09 | $244,897.62 |
| 09/10/2021 | 92 | $25.34 | $2,331.11 | 06/16/2022 | 92 | $14.09 | $1,295.83 |
| 09/10/2021 | 4,061 | $25.34 | $102,898.02 | 06/24/2022 | 4,061 | $16.25 | $65,974.60 |
| 09/10/2021 | 5,409 | $25.34 | $137,053.78 | 06/27/2022 | 5,409 | $16.15 | $87,364.55 |
| 09/10/2021 | 1,750 | $25.34 | $44,341.68 | 08/01/2023 | 1,750 | $6.35 | $11,111.27 |
| 09/09/2021 | 3,399 | $25.02 | $85,027.34 | 08/01/2023 | 3,399 | $6.35 | $21,581.27 |
| 09/08/2021 | 5,765 | $24.13 | $139,109.45 | 08/01/2023 | 5,765 | $6.35 | $36,603.71 |
| 09/07/2021 | 12,298 | $24.50 | $301,297.30 | 08/01/2023 | 12,298 | $6.35 | $78,083.68 |
| 09/03/2021 | 6,916 | $24.34 | $168,355.50 | 08/01/2023 | 6,916 | $6.35 | $43,911.75 |
| 09/02/2021 | 5,587 | $24.40 | $136,346.82 | 08/01/2023 | 5,587 | $6.35 | $35,473.53 |
| 07/22/2021 | 7,821 | $25.17 | $196,878.82 | 08/01/2023 | 7,821 | $6.35 | $49,657.87 |
| 07/21/2021 | 8,714 | $25.99 | $226,467.27 | 08/01/2023 | 8,714 | $6.35 | $55,327.79 |
| 07/20/2021 | 4,236 | $25.25 | $106,976.37 | 08/01/2023 | 4,236 | $6.35 | $26,895.63 |
| 06/15/2021 | 389 | $27.57 | $10,725.74 | 08/01/2023 | 389 | $6.35 | $2,469.88 |
| 06/10/2021 | 65,593 | $27.64 | $1,812,990.52 | 08/01/2023 | 65,593 | $6.35 | $416,469.57 |
| 06/10/2021 | 13,377 | $27.64 | $369,740.28 | held | 13,377 | $5.98 | $80,041.17 |
| | **484,260** | | **$9,247,527.21** | | **484,260** | | **$4,590,238.03** | **($4,657,289.18)** |

**Movant's Total**     **1,036,041**     **$21,294,984.13**     **1,036,041**     **$10,626,737.70**     **($10,668,246.43)**

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $5.98 as of October 11, 2023 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded to two decimal places.