# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| West Palm Beach Police Pension Fund, et al., | No. CV-23-01887-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Leslie's Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the Joint Stipulation Regarding Scheduling Deadlines (Doc. 25) and finding good cause,

**IT IS HEREBY ORDERED** as follows:

1.    Within 60 days of the entry of this order, Lead Plaintiff shall file a consolidated complaint.

2.    Within 60 days of the filing of the consolidated compliant, Defendants shall file an answer or any motion to dismiss the consolidated complaint.

3.    Lead Plaintiff shall file any opposition no later than 30 days after the filing of any answer or motion to dismiss.

4.    Defendants shall file any reply no later than 30 days thereafter.

Dated this 15th day of December, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge