# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

West Palm Beach Police Pension Fund, et al.,

Plaintiffs,

v.

Leslie's Incorporated, et al.,

Defendants.

No. CV-23-01887-PHX-SMB

**ORDER**

The Court having reviewed the Joint Stipulation Regarding Extension of Time for Lead Plaintiff to File a Consolidated Complaint (Doc. 28) and finding good cause,

**IT IS HEREBY ORDERED** as follows:

1. Lead Plaintiff shall file a consolidated complaint by February 20, 2024.

2. Within 60 days of the filing of the consolidated complaint, Defendants shall file an answer or any motion to dismiss the consolidated complaint.

3. Lead Plaintiff shall file any opposition no later than 30 days after the filing of any answer or motion to dismiss.

4. Defendants shall file any reply no later than 30 days thereafter.

Dated this 5th day of February, 2024.

Honorable Susan M. Brnovich
United States District Judge