IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Treasurer of the State of North Carolina, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Leslie's, Inc., Michael R. Egeck, and Steven M. Weddell,<br><br>Defendants. | No. 2:23-cv-01887-SMB<br><br>**[PROPOSED] ORDER GRANTING CASE TRANSFER** |

Pursuant to Defendant Leslie's, Inc. Motion to Transfer Related Cases and good cause appearing;

**IT IS HEREBY ORDERED** that *Clemens v. Egeck, et al.*, No. 2:24-cv-00532-MTL shall be transferred to the Honorable Susan M. Brnovich.