**GIBSON, DUNN & CRUTCHER LLP**
Monica K. Loseman *(pro hac vice)*
  mloseman@gibsondunn.com
Allison K. Kostecka *(pro hac vice)*
  akostecka@gibsondunn.com
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Facsimile: (303) 298-5907

*Counsel for Defendants*

*[Additional Counsel listed on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Treasurer of the State of North Carolina, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Leslie's, Inc., Michael R. Egeck, and Steven M. Weddell,<br><br>Defendants. | Case No. 2:23-cv-01887-PHX-SMB<br><br>**DECLARATION OF ALLISON KOSTECKA RE DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

I, Allison Kostecka, hereby declare as follows:

1.  I am admitted to practice before all of the courts of the State of Colorado and this Court. I am an Of Counsel at the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants in this matter. I submit this declaration in support of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Consolidated Complaint. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.  Attached as **Exhibit 1** is a true and correct copy of a transcript from Leslie's earnings call for Quarter 2 2022, dated May 5, 2022. This document is cited in paragraphs 46–49, 97–98, and 101 of the Consolidated Complaint.

3.  Attached as **Exhibit 2** is a true and correct copy of a transcript from Leslie's "Robert W. Baird Analyst Conference Call", dated June 6, 2022. This document is cited in paragraphs 50 of the Consolidated Complaint.

4.  Attached as **Exhibit 3** is a true and correct copy of a transcript from Leslie's earnings call for Quarter 3 2022, dated August 5, 2022. This document is cited in paragraphs 53–56 and 102–103 of the Consolidated Complaint.

5.  Attached as **Exhibit 4** is a true and correct copy of a transcript from Leslie's Investor Day call for fiscal year-end 2022, dated November 30, 2022. This document is cited in paragraphs 59–61 and 106 of the Consolidated Complaint.

6.  Attached as **Exhibit 5** is a true and correct copy of excerpts of Leslie's Form 10-K for fiscal year 2022, filed on November 30, 2022. This document is cited in paragraph 62 and 110 of the Consolidated Complaint.

7.  Attached as **Exhibit 6** is a true and correct copy of a transcript from Leslie's earnings call for Quarter 1 2023, dated February 2, 2023. This document is cited in paragraphs 64–68, 100, 104 and 106 of the Consolidated Complaint.

8.  Attached as **Exhibit 7** is a true and correct copy of a transcript from Leslie's earnings call for Quarter 2 2023, dated May 3, 2023. This document is cited in paragraphs 72–74, 76 and 106 of the Consolidated Complaint.

9. Attached as **Exhibit 8** is a true and correct copy of Leslie's press release announcing preliminary third quarter results dated July 13, 2013. This press release is cited in paragraph 78–80 and 115–117 of the Consolidated Complaint.

10. Attached as **Exhibit 9** is a true and correct copy of a transcript from Leslie's earnings call for Quarter 3 2023, dated August 2, 2023. This document is cited in paragraphs 82–85 of the Consolidated Complaint.

11. Attached as **Exhibit 10** is a true and correct copy of Michael Egeck's Form 4 filed with the SEC on February 9, 2022.

12. Attached as **Exhibit 11** is a true and correct copy of Steven Weddell's Form 4 filed with the SEC on February 9, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 22, 2024, in Denver, Colorado.

*/s/ Allison K. Kostecka*
Allison K. Kostecka