Jennifer Kroll (AZ#019859)
MARTIN & BONNETT PLLC
4647 N. 32nd Street, Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345
jkroll@martinbonnett.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

John Clemens, derivatively on behalf of Leslie's, Inc.,

     Plaintiff,

     vs.

Michael R. Egeck; Steven M. Weddell; Yolanda Daniel; Eric Kufel; Jodeen Kozlak; Marc Magliacano; Susan O'Farrell; Steven L. Ortega; James Ray, Jr.; Claire Spofford; and John Strain,

     Defendants,

     and

Leslie's, Inc.,

     Nominal Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:24-cv-00532-MTL

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER RELATED CASE**

Plaintiff John Clemens ("Plaintiff") in the above-captioned shareholder derivative action (the "Action") hereby gives notice to the Court that Plaintiff does not oppose Defendants Leslie's, Inc., Michael R. Egeck, and Steven M. Weddell's Motion to Transfer Related Case (Doc. 15), seeking to transfer this case to Judge Brnovich who is presiding

- 1 -

over *Treasurer of the State of North Carolina v. Leslie's, Incorporated et al*, No. 2:23-cv-01887-SMB.

Respectfully submitted this 3rd day of May, 2024.

**MARTIN & BONNETT, P.L.L.C.**

s/Jennifer Kroll
Jennifer Kroll
4647 N. 32nd Street, Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345
Email: jkroll@martinbonnett.com

***Local Counsel for Plaintiff***

Timothy Brown (*pro hac vice*)
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

Peretz Bronstein (*pro hac vice*)
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
           eitank@bgandg.com

***Counsel for Plaintiff***

- 2 -