ZIMMERMAN REED, LLP
HART L. ROBINOVITCH (AZ SBN 020910)
14648 N. Scottsdale Road., Suite 130
Scottsdale, AZ 85254
Telephone: 480/348-6400
480/348-6415 (fax)
Email: hart.robinovitch@zimmreed.com

*Local Counsel for Lead Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TOR GRONBORG
LAURIE L. LARGENT
SARAH A. FALLON
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

*Lead Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Treasurer of the State of North Carolina, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>Leslie's, Inc., Michael R, Egeck, and Steven M. Weddell,<br><br>                    Defendants. | No. CV-23-1887-PHX-KML<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Assigned to the Honorable Krissa M. Lanham) |

4863-4204-8470.v1

Lead Plaintiff Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, and the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans and plaintiff Macomb County Employees' Retirement System (collectively, "Plaintiffs") respectfully notify the Court of a recent decision in *Laborers Dist. Council Constr. Indus. Pension Fund v. Sea Ltd.*, __ F. Supp. 3d __, 2024 WL 3708800 (D. Ariz. Aug. 7, 2024), attached hereto as Exhibit A. Senior District Judge Douglas L. Rayes's decision largely denying defendants' motion to dismiss a class action complaint asserting claims pursuant to §§10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5(b) is relevant to the issues of falsity, materiality, scienter, judicial notice, the incorporation by reference doctrine, and §20(a) liability. *Id.* at *3-*8, *14-*18.

DATED: August 9, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (admitted *pro hac vice*)
TOR GRONBORG (admitted *pro hac vice*)
LAURIE L. LARGENT (admitted *pro hac vice*)
SARAH A. FALLON (admitted *pro hac vice*)

SARAH A. FALLON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
drobbins@rgrdlaw.com
torg@rgrdlaw.com
llargent@rgrdlaw.com
sfallon@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

- 1 -

4863-4204-8470.v1

VANOVERBEKE, MICHAUD
& TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Counsel for Macomb County Employees'
Retirement System*

ZIMMERMAN REED, LLP
HART L. ROBINOVITCH
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: 480/348-6400
480/348-6415 (fax)
hart.robinovitch@zimmreed.com

*Local Counsel for Lead Plaintiff*

- 2 -

4863-4204-8470.v1