## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Clemens,<br><br>        Plaintiff,<br><br>v.<br><br>Michael R Egeck, et al.,<br><br>        Defendants. | No. CV-24-00532-PHX-MTL<br>Lead Case<br><br>Consolidated with:<br>No. CV-24-03573-PHX- MTL<br><br>**ORDER** |

Pending before the Court is Plaintiff Clemens' First Motion to Consolidate Cases (Doc. 21), Plaintiff Clemens' Motion to Withdraw First Motion to Consolidate Cases (Doc. 22), and Plaintiff Clemens' Second Stipulation Lifting Stay, Consolidating Cases, and Appointing Co-Lead Counsel (the "Motion to Consolidate"). (Doc. 23.) The Parties seek to consolidate this action (the "*Clemens* Action") with the following case: 2:24-cv-03573-KML (the "*Mednick* Action") (collectively consolidated as the "Consolidated Derivative Action").

The First Motion to Consolidate Cases (Doc. 21) was filed in error. The Court thus grants Plaintiff Clemens' Motion to Withdraw First Motion to Consolidate Cases (Doc. 22) and dismisses the First Motion to Consolidate Cases (Doc. 21) as moot.

Consolidation is appropriate when two or more cases are pending before different Judges and any party believes that such cases "calls for determination of substantially the same questions of law." LRCiv 42.1. The Parties agree that both actions challenge substantially similar conduct and questions of law and fact. (Doc. 23 at 3.)

The Court finds consolidation to be appropriate because both cases involve substantially the same question of law. Judicial economy favors consolidation. The Court also approves designation of co-lead counsel for the Consolidated Derivative Action.

**IT IS THEREFORE ORDERED** granting Plaintiff Clemens' Motion to Withdraw First Motion to Consolidate Cases (Doc. 22) and dismissing the First Motion to Consolidate Cases (Doc. 21) as moot.

**IT IS FURTHER ORDERED** that the temporary stay of the *Clemens* Action (Doc. 19), is hereby lifted only to consider the consolidation of the cases. The Stay Order in the *Clemens* Action, (Doc. 19), shall hereby apply to the Consolidated Derivative Action.

**IT IS FURTHER ORDERED** that the Motion to Consolidate (Doc. 23.) is granted; all future filings relating to these cases shall be filed in 2:24-cv-00532-MTL. All future filings should bear a caption with the following case name: In Re Leslie's Inc. Stockholder Derivative Litigation.

**IT IS FURTHER ORDERED** that Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Derivative Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: gegleston@gme-law.com
Email tjmckenna@gme-law.com

. . . .

**IT IS FINALLY ORDERED** that Plaintiffs shall designate an operative complaint from one of the two actions or file a Consolidated Complaint by **May 18, 2025**. Defendants will not have any obligation to answer or respond to Plaintiffs' Consolidated Complaint until the expiration of the Stay Order (Doc. 19).

Dated this 18th day of March, 2025.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge

- 3 -