# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| West Palm Beach Police Pension Fund, et al., | No. CV-23-01887-PHX-SHD |
| Plaintiffs, | CV-24-00532-PHX-MTL |
| v. | **ORDER** |
| Leslie's Incorporated, et al., | |
| Defendants. | |

Pending before the Court is a Motion to Transfer Related Case filed by Defendants Leslie's, Inc., Michael Egeck, and Steven Weddell. (Doc. 33.) Defendants request that the related case *Clemens v. Egeck*, CV-24-00532-PHX-MTL be transferred to the undersigned. (*Id.*) John Clemens, the plaintiff in *Clemens v. Egeck*, does not oppose Defendants' motion to transfer. (Doc. 36.)

After the parties' filings, the presiding judge in *Clemens v. Egeck* granted a stipulation to consolidate *Clemens v. Egeck*, with *Mednick v. Egeck*, CV-24-03573-PHX-MTL. (Doc. 42.) The related case subject to the pending Motion to Transfer, captioned now as *In re Leslie's Stockholder Derivative Litigation*, CV-24-00532-MTL, has therefore been consolidated into a single action that can be transferred to the undersigned.

Having reviewed the Motion, the Court finds that the requirements for transfer under LRCiv 42.1(a) are met and that granting the Motion and transferring the related case to the undersigned would serve the interest of judicial economy.

///

Accordingly,

**IT IS ORDERED** granting the Motion to Transfer (Doc. 33).  The Clerk of Court shall reassign the consolidated related case *In re Leslie's Stockholder Derivative Litigation*, CV-24-00532-PHX-MTL to the Honorable Sharad H. Desai.  All future filings relating to the reassigned cases should bear the new case number, CV-24-00532-PHX-SHD.

Dated this 21st day of March, 2025.

Honorable Sharad H. Desai
United States District Judge

- 2 -