# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Treasurer of the State of North Carolina, et al, | No. CV-23-01887-PHX-SHD |
| Plaintiffs, | **AMENDED ORDER** |
| v. | |
| Leslie's Incorporated, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Stipulation Regarding Scheduling Deadlines and Page Limitations, (Doc. 49). Good cause appearing,

**IT IS ORDERED** granting the Stipulation, (Doc. 49).

**IT IS FURTHER ORDERED** that Defendants are permitted an additional **eight (8) pages** for their Motion to Dismiss the First Amended Consolidated Complaint, due on **September 12, 2025**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file any opposition to Defendants' Motion to Dismiss no later than **thirty (30) days** thereafter, for which Plaintiffs are permitted an additional **eight (8) pages**.

**IT IS FURTHER ORDERED** that Defendants shall file any reply thereto no later than **twenty-one (21) days** thereafter, for which Defendants are permitted an additional **four (4) pages**.

Dated this 25th day of August, 2025.

_____
Honorable Sharad H. Desai
United States District Judge