UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Treasurer of the State of North Carolina, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>Leslie's, Inc., Michael R, Egeck, and Steven M. Weddell,<br><br>                              Defendants. | No. CV-23-1887-PHX-SHD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE APPENDIX A TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLIANT AND MEMORANDUM OF LAW IN SUPPORT THEREOF<br><br>(Assigned to the Honorable Sharad H. Desai) |

4927-4127-5251.v1

The Court, having reviewed Plaintiffs' Motion to Strike Appendix A to Defendants' Motion to Dismiss Plaintiffs' First Amended Compliant and Memorandum of Law in Support Thereof, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. Appendix A (ECF 52-1) is hereby stricken.

- 1 -

4927-4127-5251.v1